**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| CRANE 1 HOLDCO, INC. and<br>CRANE 1 SERVICES, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL INSURANCE | ) | |
| COMPANY,   CHAUCER SYNDICATE | ) | CASE NO. 2:23-cv-205-PPS-JEM |
| NO. 1084 AT LLOYD'S, AEGIS | ) | |
| SYNDICATE NO. 1225 AT LLOYD'S | ) | |
| AMLIN SYNDICATE NO. 2001 AT | ) | |
| LLOYD'S, ATRIUM SYNDICATE NO. | ) | |
| 609 AT LLOYD'S and ARK SYNDICATE | ) | |
| NO. 4020 AT LLOYD'S | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between Crane 1 Holdco, Inc.

and Crane 1 Services, Inc. ("the Plaintiffs") and Defendants Chaucer Syndicate No. 1084 at

Lloyd's,  Aegis Syndicate No. 1225 at Lloyd's, Amlin Syndicate No. 2001 at Lloyd's, Atrium

Syndicate No. 609 at Lloyd's and Ark Syndicate No. 4020 at Lloyd's (collectively "Lloyds") and

their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a) that all claims against

Lloyds are voluntarily dismissed with prejudice, and without costs as to either party against each

other.

**IT IS FURTHER STIPULATED AND AGREED,** by and between the Plaintiffs, Lloyds

and their respective counsel, that an electronic copy of this stipulation shall be deemed as an

original.  The stipulation may be executed by the signatories hereto in separate counterparts, which,

1

taken together, shall constitute a single stipulation and that this stipulation may be filed with the

Court without further notice, and that an order may be entered without further notice.

| THE PLAINTIFFS | THE DEFENDANTS |
|---|---|
| CRANE1 HOLDCO, INC.<br>CRANE 1 SERVICES, INC. | CHAUCER SYNDICATE NO. 1084 AT LLOYD'S, AEGIS SYNDICATE NO. 1225 AT LLOYD'S, AMLIN SYNDICATE NO 2001 AT LLOYD'S, ATRIUM SYNDICATE NO. 609 AT LLOYD'S and ARK SYNDICATE NO. 4020 AT LLOYD'S |

By: /s/ Jeffrey J. Vita          

    Jeffrey J. Vita (Pro Hac Vice)
    Saxe Doernberger & Vita, P.C.
    35 Nutmeg Drive, Suite 140
    Trumbull, Connecticut 06611
    jvita@sdvlaw.com

Dated: December 27, 2024

By: s/ Jeffrey B. Fecht          

    Jeffrey B. Fecht (Atty. No. 20875-29)
    Riley Bennett Egloff LLP
    500 N. Meridian Street, Suite 550
    Indianapolis, IN 46204
    jfecht@rebelaw.com

Dated: December 27, 2024

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December XX, 2024, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to any unable to accept electronic filing as indicated on the notice of electronic filing.  Parties may access this filing through the court's cm/system.

THE PLAINTIFFS

CRANE1 HOLDCO, INC and
CRANE 1 SERVICES, INC.


By: ___/s/ Jeffrey J. Vita_____
Jeffrey J. Vita (Pro Hac Vice)
jvita@sdvlaw.com
Saxe Doernberger & Vita, P.C.
35 Nutmeg Drive
Suite 140
Trumbull, Connecticut 06611
203-287-2100
Fax: 203-287-8847

4897-3740-3914, v. 1