UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CRANE 1 HOLDCO INC. and CRANE 1 SERVICES INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CONTINENTAL INSURANCE COMPANY, CHAUCER SYNDICATE NO. 1084 at LLOYD'S, AEGIS SYNDICATE NO. 1225 at LLOYD'S, AMLIN SYNDICATE NO. 2001 at LLOYD'S, ATRIUM SYNDICATE NO. 609 at LLOYD'S, and ARK SYNDICATE NO. 4020 at LLOYD'S, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. | Cause No. 2:23-CV-205-PPS-JEM |

**ORDER**

Plaintiffs Crane 1 Holdco, Inc. and Crane 1 Services, Inc. and Defendants Chaucer Syndicate No. 1084 at Lloyd's, Aegis Syndicate No. 1225 at Lloyd's, Amlin Syndicate No. 2001 at Lloyd's, Atrium Syndicate No. 609 at Lloyd's, and Ark Syndicate No. 4020 at Lloyd's (collectively "Lloyds") have filed a Stipulation of Partial Voluntary Dismissal with Prejudice [DE 96], stipulating to the dismissal, with prejudice, of all claims against Lloyds.

**ACCORDINGLY**:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Stipulation of Partial Voluntary Dismissal with Prejudice [DE 96] is **GRANTED**. The Plaintiffs' claims

against Lloyds are **DISMISSED WITH PREJUDICE** and the Lloyds defendants are discharged as defendants. Each party will bear its own costs and attorney's fees. This dismissal shall not affect Plaintiffs' claims against the remaining defendant, Continental Insurance Company.

**SO ORDERED**.

ENTERED: December 30, 2024.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT